J. EDWARD KERLEY (SBN 175695)
DYLAN L. SCHAFFER (SBN 153612)
KERLEY SCHAFFER LLP
1939 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 379-5801
Email: dylan@kslaw.us

Attorneys for Plaintiffs
KATHRYN CLARK AND JERED CLARK

ERIC D. TOWNSEND (SBN 270279)
LAW EAGLES, PC
5638 Lake Murray Blvd., Suite 381
La Mesa, CA 91942
Telephone:   (858)634-0099
Facsimile:   (877) 645-4971

Attorneys for Plaintiffs
KATHRYN CLARK AND JERED CLARK

SONIA MARTIN (SBN 191148)
EMILY S. NOZICK (SBN 201050)
DENTONS US LLP
1999 Harrison Street, Suite 1210
Oakland, California  94612
Telephone:      (415) 882-5000
Facsimile:       (415) 882-0300
E-mail: sonia.martin@dentons.com
         emily.nozick@dentons.com

PHILIP A. O'CONNELL, JR. (SBN 152486)
DENTONS US LLP
One Beacon Street
Suite 25300
Boston, MA  02108
Telephone:   617-235-6800
Fax:             617-235-6899
Email:  philip.oconnelljr@dentons.com

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY (incorrectly sued as "AMCO
INSURANCE COMPANY")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHRYN CLARK and JERED CLARK, husband and wife;<br><br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY, an Iowa corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 3:22-cv-01698-WHO<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR NATIONWIDE'S RESPONSE TO PARTIAL SUMMARY JUDGMENT MOTION BY FIVE DAYS |

Case No. 3:22-cv-01698-WHO

1

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND
DEADLINE FOR NATIONWIDE'S RESPONSE TO PARTIAL
SUMMARY JUDGMENT MOTION BY FIVE DAYS

The parties, pursuant to Local Civil Rules 6-1 and 6-2, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

1. On April 26, 2024, Plaintiffs filed a Motion for Partial Summary Judgment and noticed the hearing on that Motion for June 5, 2024 [ECF Dkt 45].

2. Pursuant to the briefing schedule, the response of defendant Nationwide Mutual Insurance Company ("Nationwide") to the Motion is due currently due to be filed May 10, 2024 [ECF Dkt 45].

3. Nationwide requested an extension of time to respond to the Motion, among other things, to obtain certain declarations.

4. Plaintiffs agreed to extend Nationwide's time to respond to the Motion by five days, until and including May 15, 2024.

5. This stipulated extension of time does not affect the hearing date.

The parties respectfully request the Court to adopt the foregoing stipulation as the order of the Court.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 3, 2024 | KERLEY SCHAFFER LLP |
|  | By */s/ DYLAN L. SCHAFFER*<br>     DYLAN L. SCHAFFER |
|  | Attorneys for Plaintiffs<br>KATHRYN CLARK AND JERED CLARK |
| Dated: May 3, 2024 | DENTONS US LLP |
|  | By */s/ EMILY NOZICK*<br>     EMILY NOZICK |
|  | Attorneys for Defendant<br>NATIONWIDE MUTUAL INSURANCE COMPANY (incorrectly sued as "AMCO INSURANCE COMPANY") |

2

Case No. 3:22-cv-01698-WHO    STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR NATIONWIDE'S RESPONSE TO PARTIAL SUMMARY JUDGMENT MOTION BY FIVE DAYS

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA 94612
(415) 882 5000

**FILER'S ATTESTATION:**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  May 3, 2024                              By   */s/ EMILY NOZICK*
                                                                      EMILY NOZICK

3

Case No. 3:22-cv-01698-WHO                    STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND
                                                                          DEADLINE FOR NATIONWIDE'S RESPONSE TO PARTIAL
                                                                          SUMMARY JUDGMENT MOTION BY FIVE DAYS

# [PROPOSED] ORDER

Pursuant to the above stipulation, the Court hereby extends Nationwide's time to respond to Plaintiffs' Motion for Partial Summary Judgment by five days until and including May 15, 2024.

**The deadline for the plaintiff's reply will also be extended by five days, so it is now due May 22, 2024.  The hearing on the motion will be reset for June 12, 2024.**

**IT IS SO ORDERED**.

Dated:  May 6, 2024                                    By _____
                                                                      Judge William H. Orrick
                                                                      United States District Judge

4

Case No. 3:22-cv-01698-WHO          STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR NATIONWIDE'S RESPONSE TO PARTIAL SUMMARY JUDGMENT MOTION BY FIVE DAYS