ERIC D. TOWNSEND (SBN: 270279)
LAW EAGLES, PC
5638 Lake Murray Blvd, Suite 381
La Mesa, CA 91942
Tel.: (858) 634-0099
Fax: (877) 645-4971
etownsend@npl-lawfirm.com

Attorneys for Plaintiffs
KATHRYN CLARK and JERED CLARK

SONIA MARTIN (SBN 191148)
EMILY S. NOZICK (SBN 201050)
SAMUEL D. JUBELIRER (SBN 287649)
DENTONS US LLP
1999 Harrison Street, Suite 1210
Oakland, California 94612
Telephone:  (415) 882-5000
Facsimile:  (415) 882-0300
E-mail:   sonia.martin@dentons.com
          emily.nozick@dentons.com
          samuel.jubelirer@dentons.com

PHILIP A. O'CONNELL, JR. (SBN 152486)
DENTONS US LLP
101 Federal Street
Suite 1900
Boston, MA 02110-1861
Telephone:  (617) 235-6802
Fax:        (617) 235-6899
Email:  philip.oconnelljr@dentons.com

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY (incorrectly sued as "AMCO
INSURANCE COMPANY")

UNITED STATES DISTRICT COURT

NORTERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHRYN CLARK and JERED CLARK, husband and wife;<br><br>Plaintiffs,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, an Iowa corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:22-cv-01698-WHO<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |

– 1 –

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER

Plaintiffs Kathryn Clark and Jered Clark and defendant Nationwide Mutual Insurance Company (incorrectly sued as "AMCO Insurance Company") stipulate pursuant to F.R.Civ.P. 41 that this entire action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: March 4, 2025

DENTONS US LLP

By: */s/ Emily S. Nozick*
Sonia Martin
Emily S. Nozick
Samuel D. Jubelirer
Philip A. O'Connell Jr.
Attorneys for DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY (incorrectly sued as "AMCO INSURANCE COMPANY")

DATED: March 5, 2025

LAW EAGLES, PC

By: */s/ Eric D. Townsend*
Eric D. Townsend
Attorneys for PLAINTIFF KATHRYN CLARK and JERED CLARK

**ATTESTATION**

In accordance with Civil Local Rule 131(e), I Eric D. Townsend, have obtained concurrence in the filing of this document from the other signatory listed here.

DATED: March 5, 2025

LAW EAGLES, PC

By: */s/ Eric D. Townsend*
Eric D. Townsend
Attorneys for PLAINTIFF KATHRYN CLARK and JERED CLARK

**ORDER**

It is hereby ORDERED that this entire action is **DISMISSED** with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: March 5, 2025

_____
THE HONORABLE WILLIAM ORRICK
SENIOR UNITED STATES DISTRICT JUDGE